

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00138-CR

MELINDA PENA DUQUE                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1350211D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Melinda Pena Duque pleaded guilty to forgery in exchange for three years' confinement and now attempts to appeal this conviction.  On April 14, 2014, we notified appellant that the trial court's certification of her right to appeal states that this is a plea-bargain case and that she has no right of appeal. We informed her that unless she or any party desiring to continue the appeal filed

---

[1]*See* Tex. R. App. P. 47.4.

with the court, on or before April 24, 2014, a response showing grounds for continuing the appeal, the appeal would be dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3.  We have received no response.  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  August 7, 2014